**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE RODRIGUEZ, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LOANCARE LLC; and DOES 1-50, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 23-cv-02205-H-SBC<br><br>**ORDER SUBMITTING DEFENDANT'S MOTION TO DISMISS** |

On January 29, 2024, Defendant Loancare LLC filed a motion to dismiss Plaintiff Jorge Rodriguez's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. (Doc. No. 8.)  A hearing on Defendant's motion is currently scheduled for Monday, March 11, 2024 at 10:30 a.m.  The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing.  Plaintiff's opposition remains due by **Monday, February 27, 2024**.  Defendant's reply remains due by **Monday, March 4, 2024**.

　　　**IT IS SO ORDERED.**

DATED: February 20, 2024

　　　　　　　　　　　　　　　　　　　_/s/ Marilyn L. Huff_
　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT